**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> VS. <br><br> **LORENZA NICHOLS**, <br> Supervised Releasee | NO. 5: 98-CR-31 (HL) <br><br> RE: VIOLATION OF SUPERVISED RELEASE |

# O R D E R

LORENZA NICHOLS, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for an INITIAL APPEARANCE HEARING under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. Holly M. DeRosa of the Macon Bar. The government was represented by Assistant U. S. Attorney Jennifer Kolman. The **SUPERVISED RELEASEE** was advised of the nature of the proceedings against him and of his legal and constitutional rights. He was also before the court on a new indictment in **Criminal No. 5:07-CR-78 (HL)** which sets forth allegations of violations of federal criminal law encompassing the same allegations which form the basis for the **PETITION FOR ACTION ON SUPERVISED RELEASE** herein. Therefore, the undersigned found that the return of the true bill of indictment in Criminal No. 5:07-CR-78 (HL) obviated the need for a preliminary hearing in this proceeding under Rule 32.1.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the **PETITION FOR ACTION ON SUPERVISED RELEASE**, *inter alia*, that the **SUPERVISED RELEASEE** violated conditions of supervision by committing new criminal offenses on or about July 7, 2006, of the same type as that for which he is on supervised release. By separate order entered this day in Criminal No. 5:07-CR-78 (HL), the undersigned has ordered that the **SUPERVISED RELEASEE** be held in custody. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal until further order of the court.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the Honorable Hugh Lawson district judge, for a FINAL HEARING as directed by Judge Lawson. The Clerk of Court is directed to forward this order and the within file to Judge Lawson for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 27th day of AUGUST, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE